FILED
CLERK, U.S. DISTRICT COURT
March 31, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IM___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL JOHN RANGEL,<br><br>Defendant. | Case No. 8:20-CR-00162-SB<br><br>**ORDER OF DETENTION** |

On March 22, 2021, Defendant Angel John Rangel made his initial appearance on the Indictment filed in this matter. Deputy Federal Public Defender Michael L. Brown, II, was appointed to represent Defendant.

Defendant submitted on the detention recommendation in the Pretrial Services Report.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving any felony that is not otherwise a crime of violence that

involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

☒ On motion by the Government [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:

 ☒ the appearance of the defendant as required.

 ☒ the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the defendant;

(c) the history and characteristics of the defendant; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g) The Court also considered the Indictment.

The Court bases its conclusions on the following:

As to risk of non-appearance:

 ☒ Unrebutted presumption.

☒ Indictment alleges possession with intent to distribute over 13 grams of methamphetamine and possession of a .45 caliber semi-automatic handgun in further of that drug trafficking crime;

☒ Indictment alleges that Defendant has sustained one prior felony conviction for taking a vehicle without consent and two prior felony convictions for felon in possession of a firearm.

As to danger to the community:

☒ Unrebutted presumption.

☒ Allegations in the Indictment, as set forth above.

It is therefore ORDERED that Defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: March 31, 2021

PATRICIA DONAHUE
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE